UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. 5:19-PO-55056 |
| | § | |
| CESAR VICENTE-SANCHEZ | § | |

## ORDER AND NOTICE OF SETTING

The following deadlines apply in the above-captioned matter set for trial on Tuesday, June 11, 2019 at 9:00 A.M.:

1. **Change of Plea or Dismissal Deadline:** Should the United States wish to enter a motion of dismissal, or the Defendant wish to enter a change of plea, the deadline to do shall be Wednesday, June 5, 2019, by 12:00 P.M.

2. **Proposed Exhibit and Witness Lists:** The Government and Defendant must submit a list of their proposed trial exhibits and witnesses by Thursday, June 6, 2019 by 12:00 P.M. All exhibits must be pre-marked and ready for admission. Counsel should confer with each other regarding the admissibility of the exhibits.

3. **Objections to the Proposed Exhibits and Motions in Limine:** The Government and Defendant must file any objections to the proposed exhibits or any other evidentiary motions, including motions in limine, by Friday, June 7, 2019, at 5:00 P.M., otherwise the exhibits on the respective lists will be admitted. Any objections or arguments must be set forth in detail with citations to appropriate rules of evidence and supporting case law.

IT IS SO ORDERED.

Signed on May 14, 2019, at Laredo, Texas.

_Diana Song Quiroga_
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE